1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2
    JOANN M. SWANSON (CSBN 88143)
3   Chief, Civil Division

4   MELANIE L. PROCTOR (CSBN 228971)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6730
7       FAX: (415) 436-7169
        melanie.proctor@usdoj.gov
8
    Attorneys for Respondents
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
    FERNANDO CATZIN AKE and          )    No. 10-05258 CW
14  GUADALUPE ESCOBEDO CHAN,         )
                                     )
15          Petitioners,             )    RESPONDENTS' STATEMENT OF NON-
                                     )    OPPOSITION TO A PRELIMINARY
16      v.                           )    INJUNCTION AND REQUEST FOR A
                                     )    BRIEFING SCHEDULE
17  JANET NAPOLITANO, Secretary,     )
    Department of Homeland Security, *et al.*, )
18                                   )
            Respondents.             )
19  _____ )

20          On November 19, 2010, Petitioners filed a habeas petition, in which they asserted Petitioner

21  Fernando Catzin Ake would enter Respondents' custody on Monday, November 22, 2010, and be

22  removed from the United States shortly thereafter.  Petitioners admit that Petitioner Ake is currently

23  in state custody, but argue that the existence of an immigration detainer creates "constructive

24  custody."[1]  The Court has issued an order temporarily enjoining and restraining Respondents from

25  removing Petitioners from the United States to Mexico.  Elec. Dkt. No. 9.  The Court ordered

26  Respondents to file an opposition to entry of a preliminary injunction by November 22, 2010.

27  _____

28      [1]Respondents contend that the existence of an immigration detainer alone does not vest
    the Court with jurisdiction over this matter.  *Campos v. INS*, 62 F.3d 311, 314 (9th Cir. 1995).

It appears that Petitioner Ake will enter Respondents' custody on Tuesday, November 23, 2010. Accordingly, Respondents agree that they will not remove Petitioners to Mexico until this habeas petition is resolved. Respondents suggest the following briefing schedule:

Government's Return:                    December 20, 2010

Traverse:                               January 3, 2011

Dated: November 22, 2010                Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                               /s/
                                        MELANIE L. PROCTOR
                                        Assistant United States Attorney
                                        Attorneys for Respondents

## ~~PROPOSED~~ ORDER

There being no opposition, Respondents are hereby enjoined from removing Petitioners until the habeas petition is resolved. Respondents' return is due December 20, 2010. Petitioners' traverse shall be due January 3, 2011.

Dated:   11/22/2010


                                        CLAUDIA WILKEN
                                        United States District Judge