IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CATZIN AKE, GUADALUPE ESCOBEDO CHAN,<br><br>    Petitioners,<br><br>  v.<br><br>JANET NAPOLITANO, TIMOTHY AIKEN and ERIC HOLDER, JR.,<br><br>    Respondents.<br>_____/ | No. 10-05258 CW<br><br>ORDER DISMISSING PETITION AS MOOT |

On November 19, 2010, Petitioners filed a petition for a writ of habeas corpus seeking an order directing the Board of Immigration Appeal (BIA) to reissue its March 6, 2006 certification decision and order, which would permit Petitioners to file a timely petition for judicial review. On November 22, 2010, the Court issued an order enjoining Respondents from removing Petitioners until the habeas petition was resolved. On April 27, 2011, Respondents filed a status report stating that, on March 14, 2011, the BIA reissued its March 6, 2006 decision. A copy of the BIA's March 14, 2011 order is submitted with the status report. Respondents request dismissal of this action and dissolution of the stay order because Petitioners have now received the relief they sought in their petition. Petitioners have not filed a response to

this request.

Because Petitioners have received the relief they requested in their petition, the petition is now moot and is dismissed and the November 22, 2010 stay order is dissolved. The clerk of the court shall close this case.

IT IS SO ORDERED.

Dated: 5/4/2011

CLAUDIA WILKEN
United States District Judge

2